Case No. 22-80063 (Juul Labs, Inc.) &
Case No. 22-80061 (Altria Group, Inc., et al.) &
Case No. 22-80062 (Hoyoung Huh, et al.)

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

On Petition for Permission to Appeal from the United States District Court
for the Northern District of California, No. 19-md-02913-WHO
Hon. William H. Orrick

# JAMES MONSEES AND ADAM BOWEN'S JOINDER IN JUUL LABS, INC.'S, ALTRIA'S, AND NICHOLAS PRITZKER, HOYOUNG HUH, AND RIAZ VALANI'S PETITIONS TO APPEAL CLASS CERTIFICATION DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(F)

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1 213 629 2020

*Counsel for Defendant
James Monsees*

EUGENE ILLOVSKY (SBN 117892)
eugene@boersch-illovsky.com
KEVIN CALIA (SBN 227406)
kevin@boersch-illovsky.com
Boersch & Illovsky LLP
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: +1 415 500 6640

*Counsel for Defendant
Adam Bowen*

On July 12, 2022, Juul Labs, Inc. ("JLI") filed a Petition to Appeal Class Certification Decision Pursuant to Fed. R. Civ. P. 23(f) in *In re Juul Labs, Inc., Marketing Sales Practices and Product Liability Litigation*, Ninth Cir., Case No. 22-80063 and Dkt. No. 4-3 (the "JLI Petition"). Altria also filed a Petition for Review Pursuant to Fed. R. Civ. P. 23(f) (Dkt. No. 1-3 in Case No. 22-80061) (the "Altria Petition"). Nicholas Pritzker, Hoyoung Huh, and Riaz Valani separately filed a Petition for Permission to Appeal under Fed. R. Civ. P. 23(f) (Dkt. No. 1-3 in Case No. 22-80062) (the "NMD Petition").

Defendants James Monsees and Adam Bowen hereby join the JLI Petition, the Altria Petition, and the NMD Petition.

Dated: July 15, 2022

Respectfully submitted,

/s/ *James N. Kramer*

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1 213 629 2020

*Counsel for Defendant James Monsees*

/s/ *Eugene Illovsky*
EUGENE ILLOVSKY (SBN 117892)
eugene@boersch-illovsky.com
KEVIN CALIA (SBN 227406)
kevin@boersch-illovsky.com
Boersch & Illovsky LLP
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: +1 415 500 6640

*Counsel for Defendant Adam Bowen*