**Nos. 22-80061, 22-80062, and 22-80063**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

IN RE JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

From an Order Certifying Plaintiff Classes Entered by the United States District Court for the Northern District of California

The Honorable William H. Orrick, Judge
Case No. 19-MD-02913-WHO; MDL No. 2913

# PLAINTIFFS' MOTION TO CONSOLIDATE PETITIONS FOR PERMISSION TO APPEAL GRANT OF CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(f) AND TO EXCEED PAGE LIMITATIONS

Dena C. Sharp
Scott M. Grzenczyk
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

Dean Kawamoto
KELLER ROHRBACK L.L.P.
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

Sarah R. London
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

Ellen Relkin
WEITZ & LUXENBERG
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Counsel for Plaintiffs-Respondents*

Plaintiffs-Respondents respectfully request that three related petitions for permission to appeal a single class certification order be consolidated, that Respondents be allowed to file one consolidated response to the petitions, and, pursuant to Cir. R. 32-2(a), request permission to exceed the type-volume limitations set forth in Circuit Rules 5-2(b) and 32-2(b), for a total of 33 pages (or 9,240 words per Circuit Rule 32-3) in their consolidated response.

Three groups of defendants each filed petitions under Federal Rule of Civil Procedure 23(f) seeking permission to appeal the same District Court Order granting class certification:

- *In re: J.D., et al v. Altria Group, Inc., et al.*, No. 22-80061 (Altria Petition)
- *In re: J.D., et al v. Hoyoung Huh, et al.*, No. 22-80062 (Huh Petition)
- *In re: J.D., et al v. Juul Labs, Inc.*, No. 22-80063 (JUUL Labs Petition)

The petitions identify each other as related cases pursuant to Ninth Circuit Rule 28-2.6. Huh Petition at 27 (identifying Altria Petition); Juul Labs Petition at 28 (identifying Altria and Huh petitions).

Respondents move for permission to file a consolidated response and request 33 pages total to respond to the three petitions. If Respondents responded to each petition separately, they would be entitled to 20 pages for each response, or 60 pages total. *See* Cir. R. 5-2(b). Alternatively, absent further relief, Circuit Rule 32-2(b) provides an additional 5 pages for a response to multiple briefs, leaving

Respondents only 25 pages total to respond to the three petitions. Respondents move for permission to file a consolidated response, but request 33 pages total to respond to the three petitions.

Consolidation and permission to exceed the page limits are both justified. Consolidation would serve the interests of judicial economy by eliminating the need for duplicative and wasteful expenditures of time and resources by the Court and the parties. The three petitions address the same 94-page District Court Order and are all grounded in the same factual record. By submitting one consolidated response, Respondents can reduce the briefing by streamlining their arguments and addressing together points raised in multiple petitions.

At the same time, Respondents need more than 25 pages to fully respond to the 60 pages of briefing total submitted by the Petitioners, particularly because the petitions do not address fully overlapping issues. The Juul Labs petition addresses certification of claims under California law, whereas the Altria and Huh petitions address certification under the federal Racketeering Influenced and Corrupt Organizations Act. Respondents have diligently edited the response brief to address only the issues presented in the petitions, and to do so efficiently. Nonetheless, there is a substantial need for an over-length brief in light of the number of legal questions at issue raised across multiple petitions, and given the scope of the factual record supporting the District Court's extensive Order.

Respondents need only 8 additional pages, a modest request given amount of material to which the brief responds. Overall, if the Court grants this request, Respondents will file slightly more than half the briefing that they could otherwise submit. A declaration required by Ninth Circuit Rule 32-2(a) is attached to this motion, attesting to the facts discussed herein.

Regarding consolidation, other parties have already recognized the substantive overlap in the three petitions, filing other consolidated documents across all three dockets. The Washington Legal Foundation, moving for leave to participate as an amicus curiae, filed one consolidated brief in support of all three petitions in each of the three dockets. *See* 22-80061, Doc. 3; 22-80062, Doc. 2 (same); 22-80063, Doc. 1 (same). And the two remaining Defendants as to whom the class was certified, James Monsees and Adam Bowen, filed one consolidated notice that they joined in each of the three petitions. *See* 22-80061, Doc. 11; 22-80062, Doc. 8 (same); 22-80063, Doc. 8 (same).

Counsel for Respondents have consulted with counsel for Petitioners, and JUUL Labs Inc. opposes consolidation and opposes a request to extend the page limitation for any consolidated response filed by Plaintiffs; Altria opposes Respondents' request to submit a consolidated response to three separate petitions, as set forth in Altria's July 15, 2022 response to Respondents' Form 14 motion, and therefore opposes Respondents' request to extend the page limitation for any

consolidated response; and Huh et al. oppose for the same reasons. Petitioner Altria previously acknowledged that consolidation is practical for administrative purposes. *See* Case No. 22-80061, Doc. 7 at 2 ("Altria does not oppose Respondents' request to the extent it asks the Court to consolidate this case with Case No. 22-80062 and Case No. 22-80063 for administrative purposes or to the extent the Court otherwise deems consolidation appropriate."). If Respondents were required to file separate responses to each petition consistent with Petitioners' position, the Court would be burdened with additional, duplicative pages of briefing. Respondents seek to avoid such duplication.

An identical copy of this motion is being filed in each of the three dockets, Nos. 22-80061, 22-80062, and 22-80063. Respondents are also filing in each docket, concurrently with this motion, their proposed consolidated response with a Form 8 certification as required by Circuit Rule 32-1.

## CONCLUSION

For these reasons, Respondents respectfully request that the three petitions at issue be consolidated, that Respondents be permitted to file a consolidated response, and that the response brief be allowed to exceed the type-volume limitations.

Dated: August 4, 2022

Respectfully submitted,

*/s/ Dena Sharp*

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1500
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dsharp@girardsharp.com
Email: scottg@girardsharp.com

*Counsel for Plaintiffs-Respondents*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because it includes 878 words as counted by the word-counting feature of Microsoft Word (not including those portions excluded by Fed. R. App. P. 32(f)). I also certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and (6) because it uses 14-point Times New Roman font.

August 4, 2022

/s/ *Dena C. Sharp*
Dena C. Sharp

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

In addition to service by CM/ECF, I hereby certify that on August 4, 2022, I served the following individuals with a copy of this motion via email:


Renee D. Smith
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
renee.smith@kirkland.com

Gregory P. Stone
Daniel B. Levin
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
gregory.stone@mto.com
daniel.levin@mto.com


*Attorneys for Defendant Juul Labs Inc.*


David M. Bernick
Peter A. Farrell Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
david.bernick@kirkland.com
peter.farrell@kirkland.com

John C. Massaro
David E. Kouba
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 942-5000
john.massaro@arnoldporter.com
david.kouba@arnoldporter.com

Lisa S. Blatt
Williams & Connolly LLP
680 Maine Avenue SW
Washington, D.C. 20024
(202) 434-5050
lblatt@wc.com

James M. Rosenthal
Wilkinson Stekloff LLP
2001 M Street, NW, 10th Floor
Washington, D.C. 20036
(202) 847-4000
jrosenthal@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

Mark C. Hansen
Michael J. Guzman
David L. Schwartz
Kellogg, Hansen, Todd, Figel &
Frederick PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Defendants Hoyoung Huh, Nicholas Pritzker, and Riaz Valani*

James Thompson
James N. Kramer
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco CA 94105
Telephone: 415.773.5923
jthompson@orrick.com
jkramer@orrick.com

*Attorneys for Defendant James Monsees*

Eugene Illovsky
Boersch & Illovsky LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@boersch-ilovsky.com

*Attorney for Defendant Adam Bowen*

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
Esbrook Law LLC
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, 7-Eleven, Inc., Speedway LLC, and Walgreens Boots Alliance, Inc.*

James E. Sell
Mitchell B. Malchowski
Tyson & Mendes, LLP
523 4th Street, Suite 100
San Rafael, CA 94901
(628) 253-5070
jsell@tysonmendes.com

*Attorneys for Defendants Mother Murphy's Labs, Inc. & Alternative Ingredients, Inc.*

David R. Singh
Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3083
david.singh@weil.com
bambo.obaro@weil.com

*Attorneys for Defendants Core-Mark Holding Company, Inc.*

Robert A. Scher
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
rscher@foley.com

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

James E. Hooper
Marissa Ronk
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
(303) 244-1850
odonnell@wtotrial.com
hooper@wtotrial.com
ronk@wtotrial.com

*Attorneys for Defendant McLane Company, Inc.*

Matthew J. Blaschke
Alessandra M. Givens
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
mblaschke@kslaw.com
agivens@kslaw.com

*Attorneys for Defendant Chevron Corporation*

Donald F. Zimmer, Jr.
Quyen L. Ta
Jennifer T. Stewart
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
(415) 318-1200
fzimmer@kslaw.com
qta@kslaw.com
jstewart@kslaw.com

*Attorneys for Defendant Walmart*

August 4, 2022

/s/ *Dena C. Sharp*
Dena C. Sharp