**Nos. 22-80061, 22-80062, and 22-80063**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

IN RE JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

From an Order Certifying Plaintiff Classes Entered by the United States District Court for the Northern District of California

The Honorable William H. Orrick, Judge
Case No. 19-MD-02913-WHO; MDL No. 2913

# DECLARATION OF COUNSEL IN SUPPORT OF MOTIONS TO CONSOLIDATE AND TO EXCEED TYPE-VOLUME LIMITATION FOR RESPONSE TO 23(f) PETITIONS

In support of Plaintiffs-Respondents' motion for leave to exceed the type-volume limitation in the response brief, I declare:

1. As counsel for Plaintiffs-Respondents, I believe an oversize consolidated response brief will facilitate the orderly presentation of arguments advanced in the petitions, and to do so in a way that will best aid the Court in ruling on the petitions for permission to appeal.

2. On August 3, 2022, Plaintiffs emailed counsel for Defendants-Petitioners Altria, Huh et al., and Juul Labs Inc., and asked for Defendants-Petitioners' position on the filing of an oversize consolidated brief.

3. On August 3, counsel for Petitioners stated via email that: JUUL Labs Inc. opposes consolidation and opposes a request to extend the page limitation for any consolidated response filed by Plaintiffs; Altria opposes Respondents' request to submit a consolidated response to three separate petitions, as set forth in Altria's July 15, 2022 response to Respondents' Form 14 motion, and therefore opposes Respondents' request to extend the page limitation for any consolidated response; and Huh et al. oppose for the same reasons.

4. Plaintiffs-Respondents believe that they will require a 8 page increase in the page limit allowed in their consolidated response brief, for a total of 33 pages or 9,240 words. A brief of that length is being filed concurrently with this motion.

5. Plaintiffs-Respondents believe that a brief of that length is necessary to adequately address the numerous legal questions at issue raised across multiple 23(f) petitions. The brief responds to three separate peititions, which address different parts of the same 94-page order granting class certification based on an extensive factual record.

6. Respondents have diligently edited the response brief to address the issues presented in the petitions, and to do so efficiently. Nonetheless, they believe that substantial need exists to file an oversize brief of 33 pages.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2022

Respectfully submitted,

*/s/ Dena Sharp*

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1500
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dsharp@girardsharp.com
Email: scottg@girardsharp.com

*Counsel for Plaintiffs-Respondents*